```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 16-00043-MDF
Anthony Green                                                   Chapter 13
Lisa D. Green
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0314-1         User: TWilson           Page 1 of 1         Date Rcvd: Jul 14, 2016
                             Form ID: pdf010         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
```
db           #+Anthony Green,    3621 Middleboro Road,    Dover, PA 17315-4466
jdb          +Lisa D. Green,     3621 Middleboro Road,    Dover, PA 17315-4466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Lisa D. Green pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Anthony  Green pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A.-Wells Fargo Auto Finance
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANTHONY and LISA GREEN, | : | |
| Debtors | : | CASE NO. 1:16-bk-00043-MDF |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DIRECTING DEBTORS TO FILE AN AMENDED CHAPTER 13 PLAN

Following a hearing on confirmation of Debtors' Chapter 13 Plan, and upon consideration of the Objection filed by the Chapter 13 Trustee, the Objection is SUSTAINED, and it is hereby:

ORDERED that confirmation of Debtors' Chapter 13 Plan is DENIED; and it is

FURTHER ORDERED that Debtors FILE an Amended Chapter 13 Plan within thirty (30) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing.

By the Court,

Mary D. France
Chief Bankruptcy Judge
(JK)

Date: July 13, 2016