# DETHLEFS PYKOSH & MURPHY
## ATTORNEYS AT LAW

*A Debt Relief Agency*

**Darrell C. Dethlefs***     **Legal Staff**
**Michael J. Pykosh***     **Sherry L. Deckman***
**Paul D. Murphy-Ahles**     **Kathryn S. Greene**
**Charles J. Hartwell**     **Ashley E. Allison**
**Richard D. Hollingworth, Jr.**     **Cindy L. Eppinger**
**Katherine L. McDonald**     **Megan N. Beissel**
**Steven O. Spahr**

2132 Market Street
Camp Hill, PA 17011
Telephone: (717) 975-9446
Toll Free: (800) 287-1202
Facsimile: (717) 975-2309
http://www.dplglaw.com

*\*Licensed PA Title Agent*

*Serving Clients and Community Since 1993*

August 22, 2016

U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street
Harrisburg, PA 17101

      RE:   <u>In re: Anthony Green, Lisa D. Green</u>
              Chapter 13 Bankruptcy
              Case No. 1:16-BK-00043-MDF

Please allow this letter to serve as notice of change of address for the above-referenced Debtor(s). Mr. & Mrs. Green's new address is as follows:

              Anthony & Lisa D. Green
              318 Herman Street
              York, PA 17404

If you have any questions or concerns regarding this matter, please feel free to give me a call.

Sincerely,

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire

PDM/ksg



2550 Kingston Road, Suite 209      **Please direct all correspondence to**      550 Cleveland Avenue, Suite 204
York, PA 17402      **the Camp Hill office.**      Chambersburg, PA 17201