```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 16-00043-RNO
Anthony Green                                                       Chapter 13
Lisa D. Green
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: TWilson              Page 1 of 2                   Date Rcvd: Mar 24, 2017
                               Form ID: ordsmiss          Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db/jdb         +Anthony Green,    Lisa D. Green,    318 Herman Street,    York, PA 17404-3429
cr             +Kia Motors Finance, Administrator For Hyundai Leas,    6100 W. Plano Parkway,
                 Plano, TX 75093-8203
4739024        +Credit Bureau Centre,    1804 10th Street,    PO Box 273,    Monroe, WI 53566-0273
4786987         Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
4739027         Encore Receivable Management,    400 North Rogers Road,    PO Box 3330,   Olathe, KS 66063-3330
4739028        +Financial Recoveries,    800 Kings Highway North,    Cherry Hill, NJ 08034-1511
4739029        +Flr Solution,    PO Box 94498,   Las Vegas, NV 89193-4498
4789328        +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
4749728        +JH Portfolio Debt Equities LLC,    c/o JD Receivables LLC,    P. O. Box 382656,
                 Memphis TN 38183-2656
4739032        +KML Law Group PC,    Suite 5000 BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
4739031        +Kia Motors Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6031
4775690        +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
4774365        +Midland Funding, LLC,    P.O. Box 2011,   Warren, MI 48090-2011
4739034         Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
4739036        +Penn Credit,   916 S 14th St,    Harrisburg, PA 17104-3425
4739038        +Regency Finance Co.,    29 N. Market St,    PO Box 392,    Selinsgrove, PA 17870-0392
4801091         US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: WFFC.COM Mar 24 2017 19:08:00      Wells Fargo Bank, N.A.-Wells Fargo Auto Finance,
                 435 Ford Road,    3rd Floor,    Suite 300,    Saint Louis Park, MN 55426-4938
4775280         EDI: RECOVERYCORP.COM Mar 24 2017 19:08:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
4739015        +EDI: CAPITALONE.COM Mar 24 2017 19:08:00      Capital One Bank,    PO Box 30273,
                 Salt Lake City, UT 84130-0273
4739016        +EDI: CAPITALONE.COM Mar 24 2017 19:08:00      Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4746380         EDI: CAPITALONE.COM Mar 24 2017 19:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
4739017         EDI: CAPITALONE.COM Mar 24 2017 19:08:00      Capital One Services,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
4739018        +EDI: CHASE.COM Mar 24 2017 19:08:00      Chase Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
4739019        +EDI: CITICORP.COM Mar 24 2017 19:08:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
4788533        +E-mail/Text: bncmail@w-legal.com Mar 24 2017 19:09:46      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4739020        +EDI: WFNNB.COM Mar 24 2017 19:08:00      Commenity Bank/bonton,    3100 Easton Square Pl.,
                 Columbus, OH 43219-6232
4739021        +EDI: WFNNB.COM Mar 24 2017 19:08:00      Commenity Bank/dressbarn,    P.O. Box 182789,
                 Columbus, OH 43218-2789
4739022        +EDI: WFNNB.COM Mar 24 2017 19:08:00      Commenity Bank/pier 1,    P.O. Box 182789,
                 Columbus, OH 43218-2789
4739023        +EDI: WFNNB.COM Mar 24 2017 19:08:00      Commenity Capital/dvdsbr,    P.O. Box 182120,
                 Columbus, OH 43218-2120
4739026        +EDI: TSYS2.COM Mar 24 2017 19:08:00      DSNB Macy's,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
4739025        +E-mail/Text: electronicbkydocs@nelnet.net Mar 24 2017 19:09:44      Dept of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
4751778         EDI: FORD.COM Mar 24 2017 19:08:00      Ford Motor Credit Company LLC,    Dept 55953,
                 P O Box 55000,    Detroit MI, 48255-0953
4739030        +EDI: FORD.COM Mar 24 2017 19:08:00      Ford Motor Cr,    P.O. Box 542000,   Omaha, NE 68154-8000
4754156        +E-mail/Text: camanagement@mtb.com Mar 24 2017 19:09:38      Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
4739033         E-mail/Text: camanagement@mtb.com Mar 24 2017 19:09:38      M & T Bank,    1 Fountain Plaza,
                 Buffalo, NY 14203
4789174         EDI: PRA.COM Mar 24 2017 19:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4739035        +E-mail/Text: recovery@paypal.com Mar 24 2017 19:09:30      Paypal, Inc.,    2145 Hamilton Avenue,
                 San Jose, CA 95125-5905
4739037        +E-mail/Text: collections@pointbreezecu.com Mar 24 2017 19:09:36      Pnt Brze CU,
                 2 Philadelphia Ct.,    Rosedale, MD 21237-4600
4758240        +E-mail/Text: collections@pointbreezecu.com Mar 24 2017 19:09:36      Point Breeze Credit Union,
                 2 Philadelphia Ct,    Baltimore, MD 21237-4615
4744114         EDI: Q3G.COM Mar 24 2017 19:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
4743159         EDI: Q3G.COM Mar 24 2017 19:08:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
4739039        +EDI: RMSC.COM Mar 24 2017 19:08:00      Syncb/ashley homestore,    950 Forrer Blvd.,
                 Dayton, OH 45420-1469
```

```
District/off: 0314-1           User: TWilson              Page 2 of 2              Date Rcvd: Mar 24, 2017
                               Form ID: ordsmiss          Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4739040        +EDI: RMSC.COM Mar 24 2017 19:08:00      Syncb/hh Gregg,    P.O. Box 965036,
                 Orlando, FL 32896-5036
4739041        +EDI: RMSC.COM Mar 24 2017 19:08:00      Syncb/lowes,    P.O. Box 956005,    Orlando, FL 32896-0001
4739042        +EDI: RMSC.COM Mar 24 2017 19:08:00      Syncb/pep boys,    P.O. Box 965036,
                 Orlando, FL 32896-5036
4739043        +EDI: RMSC.COM Mar 24 2017 19:08:00      Syncb/sams club,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
4739044        +EDI: RMSC.COM Mar 24 2017 19:08:00      Syncb/torocn,    P.O. Box 965036,
                 Orlando, FL 32896-5036
4739045        +EDI: CITICORP.COM Mar 24 2017 19:08:00       Thd/cbna,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
4768386         EDI: WFFC.COM Mar 24 2017 19:08:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines    IA    50306-0438
4741057        +EDI: WFFC.COM Mar 24 2017 19:08:00      Wells Fargo Bank, N.A. - Wells Fargo Auto Finance,
                 435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938
4739046        +EDI: WFFC.COM Mar 24 2017 19:08:00      Wff Auto,    P.O. Box 29704,    Phoenix, AZ 85038-9704
                                                                                                TOTAL: 35

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles    on behalf of Joint Debtor Lisa D. Green pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          Paul Donald Murphy-Ahles    on behalf of Debtor Anthony  Green pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A.-Wells Fargo Auto Finance
           mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
          William E. Craig    on behalf of Creditor    Kia Motors Finance, Administrator For Hyundai Lease
           Titling Trust mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                TOTAL: 9
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Anthony Green<br>Lisa D. Green<br><br>**Debtor(s)** | Chapter 13<br><br>Case No. 1:16−bk−00043−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: March 24, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: TWilson, Deputy Clerk